**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        ALEXANDER G. TUTTLE        :        MISC. NO. 19-3007
:
:

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The Stipulation Resolving the Motion for Contempt for Failure to Comply with the March 19, 2019 Consent Order (Doc. # 2) is **APPROVED** and made an Order of the Court.

2. Pursuant to the Stipulation, a status hearing is **SCHEDULED** on **March 12, 2020, at 11:00 a.m.**

3. If a new judge for the Reading Division has been sworn in, the **March 12, 2020** hearing will be held **in the U.S. Courthouse, 900 Market Street, 2nd floor, Bankruptcy Courtroom No. 1, Philadelphia, PA.**  Otherwise, the hearing will be held **in the Bankruptcy Courtroom, United States Bankruptcy Court, The Gateway Building,, 201 Penn Street - 4th floor, Reading, Pennsylvania**.

Date:  January 21, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**